## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | **Case No. 1:14-CR-1-WLS** |
| **v.**  ) | |
| ) | **Case No. 1:19-CV-183-WLS** |
| **CHRISTOPHER WHITMAN,**  ) | |
| ) | |
| Defendant/Petitioner.  ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the undersigned Attorney at Law and enters his appearance on behalf of **Christopher Whitman** in the instant case. All future notices, orders, correspondence and service copies of pleadings should be sent to the undersigned at the address below.

This 16th day of November, 2020.

**Robert R. McLendon, IV, P.C.**
214 Court Square, 2nd Floor
Blakely, GA 39823
TEL: (229) 723-2635
FAX: (229) 723-2007
E-mail: robmclendon4@hotmail.com

By:   / S /  Robert R. McLendon, IV
   **Robert R. McLendon, IV**
   State Bar of Georgia No. 497555

*Attorney for Christopher Whitman*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 1:14-CR-1-WLS** |
| **v.** | ) | |
| | ) | **Case No. 1:19-CV-183-WLS** |
| **CHRISTOPHER WHITMAN,** | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that this day I filed the above **Notice of Appearance of Counsel** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 16th day of November, 2020.

**Robert R. McLendon, IV, P.C.**
214 Court Square, 2nd Floor
Blakely, GA 39823
TEL: (229) 723-2635
FAX: (229) 723-2007
E-mail: robmclendon4@hotmail.com

By:   / S /  Robert R. McLendon, IV
     **Robert R. McLendon, IV**
     State Bar of Georgia No. 497555

*Attorney for Christopher Whitman*

criminaldefense\federal\2255\noticeofappearance(whitman)